UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In the matter of:                                         Case No. 10-36684-DOF

Michael Zaroff And Adrianne B. Zaroff          Chapter 13 Proceedings

Debtor(s).                                                 Judge Daniel Opperman

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Houston Funding II LTD | 14 | 48 | Unsecured | 836398 | $0.15 |

Dated: Thursday, May 5, 2016                  /s/Carl L. Bekofske
                                                                 Carl L. Bekofske,
                                                                 Standing Chapter 13 Trustee
                                                                 400 N. Saginaw St., Ste 331
                                                                 Flint, MI 48502
                                                                 Telephone: (810) 238-4675
                                                                 Fax: (810) 238-4712
                                                                 Email: ECF@flint13.com
                                                                 P10645