UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Michael & Adrianne B. Zaroff          Case No.   10-36684-DOF
                                                           Chapter     13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>One Thousand One Hundred sixty-six and 18/100</u> dollars ($1,166.18) of unclaimed funds held in the U.S. Treasury to:

                 Dilks & Knopik, LLC
                 35308 SE Center Street
                 Snoqualmie, WA  98065-9216

Signed on September 08, 2017



                 **/s/ Daniel S. Opperman**
                 **Daniel S. Opperman**
                 **United States Bankruptcy Judge**